UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 2:08-cr-400 JAM |
| v. | ) | |
| | ) | |
| JOHN W. CLIFTON | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee: John W. Clifton
Detained at (custodian): Wayne Brown Correctional Facility

Detainee is:    a.)    (X) charged in this district by:   (X) Indictment   () Information   () Complaint
                         charging detainee with: 18 U.S.C. § 1361 - Depredation of Government Property
     or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
     or    b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 17, 2009, at 9:30 a.m. in the Eastern District of California.*

             Signature:                /s/ Ellen v. Endrizzi
             Printed Name & Phone No:    ELLEN V. ENDRIZZI - 916-554-2716
             Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum          () Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, March 17, 2009, at 9:30 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: March 5, 2009                        /s/ Gregory G. Hollows
                                                           _____
                                                            United States District/Magistrate Judge

clifton.ord
_____
Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Male | Female |
| Booking or CDC #: | 151632 | DOB: | |
| Facility Address: | 925 Maidu Avenue | Race: | |
| | Nevada City, CA 95959 | FBI #: | |
| Facility Phone: | (530) 265-1291 | | |
| Currently Incarcerated For: | _____ | | |

_____
**RETURN OF SERVICE**

Executed on    _____      By: _____
                                                                                                             (Signature)