DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Staff Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JOHN W. CLIFTON


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08CR400-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| v. | Date:  April 14, 2009 |
| JOHN W. CLIFTON, | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

        The United States of America, through Ellen Endrizzi, Assistant

United States Attorney, together with defendant, John W. Clifton,

through counsel, Michael Petrik, Jr., request that the Court continue

the status hearing set for April 14, 2009, at 9:30 a.m., to April 28,

2009, at 9:30 a.m.

        The parties agree that the Court should exclude the time period

from the date of this order through April 28, 2009, to allow Mr.

Clifton to consult with counsel regarding plea negotiations and

potential resolution of this case.

/ / /

/ / /

/ / /

Stipulation And [Proposed] Order          1                    08CR400-JAM

The parties further agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the Court should exclude the noted time period pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), [Local Code T4].

Dated: April 13, 2009        Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Staff Attorney/Misdemeanor Unit

Dated: April 13, 2009        LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/ M.Petrik for Ellen Endrizzi
                                   _____
                                   ELLEN ENDRIZZI
                                   Assistant U.S. Attorney

## O R D E R

**IT IS SO FOUND AND ORDERED.**

Dated: April 13, 2009         /s/ John A. Mendez
_____
                                   JOHN A. MENDEZ
                                   United States District Judge