```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Staff Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JOHN W. CLIFTON
 7

 8                    UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,     ) No. 08CR400-JAM
                                  )
11             Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
                                  ) STATUS HEARING
12      v.                        )
                                  ) Date:  April 28, 2009
13  JOHN W. CLIFTON,              ) Time:  9:30 a.m.
                                  ) Judge: Hon. John A. Mendez
14             Defendant.         )
    _____)
15
```

The United States of America, through Ellen Endrizzi, Assistant United States Attorney, together with defendant, John W. Clifton, through counsel, Michael Petrik, Jr., request that the Court continue the status hearing set for April 28, 2009, at 9:30 a.m., to May 19, 2009, at 9:30 a.m.

The parties agree that the Court should exclude the time period from the date of this order through May 19, 2009, to allow Mr. Clifton to consult with counsel regarding plea negotiations and potential resolution of this case. The parties also agree that the Court should exclude the time period from the date of this order through May 19, 2009, to allow Mr. Clifton to explore the possibility of retaining new counsel.

The parties further agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the Court should exclude the noted time period pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), [Local Code T4].

Dated: April 24, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Staff Attorney/Misdemeanor Unit

Dated: April 24, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ M.Petrik for Ellen Endrizzi
_____
ELLEN ENDRIZZI
Assistant U.S. Attorney

**O R D E R**

**IT IS SO FOUND AND ORDERED.**

Dated: April 27, 2009     /s/ John A. Mendez
_____  JOHN A. MENDEZ
                            United States District Judge